NOD
Rev. 02/09

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**Yvette Veloso**
 1944 Thibodo Rd., Apt. 205
Vista, CA 92081
xxx−xx−8822
*Debtor: No Known Aliases*

Case number:  10−08217−LT7
Chapter: 7
Judge Laura S. Taylor

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 7 case for the above−named **Debtor Only (Yvette Veloso)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 6/21/10

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
6/21/10
\*\*\*\*\*\*\*\*\*\*

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: nrobinson              Page 1 of 1              Date Rcvd: Jun 21, 2010
Case: 10-08217                Form ID: nod                 Total Noticed: 19

The following entities were noticed by first class mail on Jun 23, 2010.
db          +Yvette Veloso,   1944 Thibodo Rd., Apt. 205,   Vista, CA 92081-7938
aty         +Norberto F. Reyes, III,   Reyes Law Group,   3600 Wilshire Blvd., Suite 1510,
              Los Angeles, CA 90010-2619
smg         +Div. of Labor Standards Enforcement,   7575 Metropolitan Drive, Suite 210,
              San Diego, CA 92108-4424
smg          Dun & Bradstreet,   Attn: Lynne Roberts, 2nd Floor,   3501 Corporate Parkway,   PO Box 520,
              Center Valley, PA 18034-0520
smg         +Employment Develop. Dept., State of CA,   Bankruptcy Unit - MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
smg         +State Board of Equalization,   P.O. Box 942879,   Sacramento, CA 94279-0001
12309416     BAC Home Loan Servicing, LP,   PO Box 515503,   Los Angeles, CA 90051-6803
12309422     Litton Loan Servicing,   PO Box 4387,   Houston, TX 77210-4387
12317025    +Litton Loan Servicing, L.P.,   c/o McCALLA RAYMER, LLC,   Bankruptcy Department,
              1544 Old Alabama Road,   Roswell, Georgia 30076-2102
12309423    +Monarch Shadowridge,   1850 Thibodo Rd.,   Vista, CA 92081-7563
The following entities were noticed by electronic transmission on Jun 21, 2010.
tr           EDI: QJLKENNEDY.COM Jun 21 2010 20:08:00     James L. Kennedy,   PO Box 28459,
              San Diego, CA 92198-0459
smg          EDI: CALTAX.COM Jun 21 2010 20:08:00     Franchise Tax Board,   Attn: Bankruptcy,
              P.O. Box 2952,   Sacramento, CA 95812-2952
smg          E-mail/Text: ustp.region15@usdoj.gov                            United States Trustee,
              Office of the U.S. Trustee,   402 West Broadway, Ste. 600,   San Diego, CA 92101-8511
12309417     EDI: BANKAMER.COM Jun 21 2010 20:08:00     Bank of America,   FL9-600-02-26,   PO Box 45224,
              Jacksonville, FL 32232-5224
12309418     EDI: CAPITALONE.COM Jun 21 2010 20:08:00     Capital One,   PO Box 60599,
              City of Industry, CA 91716-0599
12309419     EDI: CHASE.COM Jun 21 2010 20:08:00     Chase,   Card Member Service,   PO Box 94014,
              Palatine, IL 60094-4014
12309420     EDI: DISCOVER.COM Jun 21 2010 20:08:00     Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
12309421     EDI: RMSC.COM Jun 21 2010 20:08:00     GE Money Bank,   PO Bank 96001,   Orlando, FL 32896-0061
12309424     EDI: SEARS.COM Jun 21 2010 20:08:00     Sears Card,   PO Box 6283,   Sioux Falls, SD 57117-6283
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Dun & Bradstreet,   Attn: Lynne Roberts, 2nd Floor,   3501 Corporate Parkway,   PO Box 520,
              Center Valley, PA 18034-0520
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 23, 2010**                         **Signature:**      *Joseph Speetjens*